UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE CARMICHAEL, on behalf of imself and all other persons similarly situated, | ) ) ) ) | Case No: 1:21 CV1961 |
| Plaintiffs | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| CUYAHOGA COUNTY, OHIO, *et al.*, | ) ) | |
| Defendants | ) | ORDER |

Having received the parties' proposed settlement and their letter brief in support thereof (ECF No. 15), the court finds their proposed settlement to be fair, reasonable and adequate for the reasons advanced in their brief. Therefore, the court hereby approves said settlement.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 27, 2022