IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GEORGE CARMICHAEL,<br><br>    Plaintiff,<br><br>v.<br><br>RAM JACK OHIO, LLC, et al.<br><br>    Defendant. | CASE NO. 1:21-CV-01961-SO<br><br>JUDGE SOLOMON OLIVER JR. |

**Stipulated Notice of Settlement and Dismissal with Prejudice**

The Court having approved the proposed settlement between them, Plaintiff and Defendants hereby give notice that all claims amongst and between them have been settled and, as partial consideration for the settlement, jointly stipulate that all claims and counterclaims in the instant matter are hereby dismissed with prejudice.  The Court shall retain jurisdiction to enforce the settlement agreement between the parties.  The Parties shall be responsible for their court costs as provided in the proposed settlement.

Respectfully submitted,

/s/ Benjamin Rudoph Delson – per email consent
Benjamin Rudolph Delson
Alexander Granovsky
GRANOVSKY & SUNDARESH PLLC
600 Superior Avenue East, Suite 1300
Cleveland, OH 44114
Tel: (646) 524-6001
delson@g-s-law.com
ag@g-s-law.com

*Attorneys for Plaintiff*

/s/Brendan M. Mewhinney
Timothy L. McGarry (0055604)
Brendan M. Mewhinney (0089176)
Henderson, Schmidlin & McGarry Co., LPA
840 Brainard Road
Highland Heights, Ohio  44143
440.720.0384 (t); 440.720.0385 (f)
tmcgarry@hendersonschmidlin.com
bmewhinney@hendersonschmidlin.com

*Attorneys for Defendants, Ram Jack Ohio, LLC and Richard Follett*

## CERTIFICATE OF SERVICE

    A copy of the foregoing will be served upon all counsel of record via the Court's e-filing system.

*/s/ Brendan M. Mewhinney*
Brendan M. Mewhinney (0089176)
*One of the Attorneys for Defendants*
